E-FILED
Wednesday, 09 August, 2006 02:23:54 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 03-40045-002** |
| **Timothy Wayne Shetler** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** USP Pollock at Pollock, LA.

**WE COMMAND** that you produce the body of **Timothy Wayne Shetler**, Register No. **80577-008**, who is in your custody at USP Pollock before the United States District Court on **Tuesday, 9/12/06 at 11:30am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 8/9/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT
    S/Denise Koester
BY: _____
    Deputy Clerk