# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 03-40045-002 |
| **Timothy Wayne Shetler** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** USP Pollock at Pollock, LA.

**WE COMMAND** that you produce the body of **Timothy Wayne Shetler**, Register No. **80577-008**, who is in your custody at USP Pollock before the United States District Court on **Tuesday, 9/12/06 at 11:30am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 8/9/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT
    S/Denise Koester
BY: _____
    Deputy Clerk